IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANKLIN AMERICAN MORTGAGE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) THE UNIVERSITY NATIONAL BANK ) OF LAWRENCE, ) ) Defendant. ) | Civil No. 3:13-1109 Judge Trauger |

## **O R D E R**

The following are hereby **ORDERED**:

1. The Defendant's Motion For Leave to File Reply Memorandum (Docket No. 26) is **GRANTED**.

2. The Plaintiff's Motion to Strike (Docket No. 25) is **DENIED**.

3. The alternative request in the Plaintiff's Motion to Strike that it be given leave to file a sur-reply is **GRANTED**. The sur-reply should be filed by August 15, 2014.

It is so **ORDERED**.

ENTER this 17th day of July 2014.

_____
ALETA A. TRAUGER
U.S. District Judge