IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANKLIN AMERICAN MORTGAGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:13-1109 |
| ) | Judge Trauger |
| THE UNIVERSITY NATIONAL BANK OF ) | |
| LAWRENCE, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

The bench trial scheduled for June 9, 2015 and the pretrial conference scheduled for June 5, 2015 are being removed from Judge Trauger's calendar.

It is so **ORDERED.**

ENTER this 4th day of September 2014.

_____
ALETA A. TRAUGER
U.S. District Judge